**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Jaime Norris, Johnny Neal Sexton, II, and John Doe,
Defendants,

Of whom Jaime Norris is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2017-000042

_____

Appeal From Lexington County
W. Thomas Sprott, Jr., Family Court Judge

_____

Unpublished Opinion No. 2017-UP-347
Submitted August 7, 2017 – Filed August 21, 2017

_____

**AFFIRMED**

_____

Anna Rawl Good, of Law Office of Anna Browder, LLC,
of Columbia, for Appellant.

Scarlet Bell Moore, of Greenville, for Respondent.

Robin Page, of Law Office of Robin Page, LLC, of Columbia, for the Guardian ad Litem.

––––––––––

**PER CURIAM:**  Jaime Norris appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2016).  Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Norris's counsel.

**AFFIRMED.**[1]

**WILLIAMS, THOMAS, and MCDONALD, JJ., concur.**

––––––––––

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.